IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ALFREDO VASQUEZ § | |
|    TDCJ NO.784866 § | |
| § | |
| VS. § | C.A. NO. C-04-277 |
| § | |
| DOUG DRETKE § | |

**ORDER DENYING AS MOOT PETITIONER'S
MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

On May 17, 2004, petitioner Alfredo Vasquez filed a § 2254 petition for habeas corpus relief (D.E. 1), and an application to proceed *in forma pauperis* ("i.f.p."). (D.E. 2). On June 15, 2004, his motion for leave to proceed i.f.p. was granted. (See D.E. 7).

Pending is petitioner's motion to proceed i.f.p. on appeal. (D.E. 37). Having previously been granted i.f.p. status in this habeas corpus case, petitioner need not seek re-authorization to proceed i.f.p. on appeal.[1]  See Fed. R. App. P. 24(a). Accordingly, petitioner's motion to proceed i.f.p. on appeal, (D.E. 37), is denied as moot.

ORDERED this 29th day of January, 2007.

_____
Janis Graham Jack
United States District Judge

---

[1] Although the Prison Litigation Reform Act ("PLRA") triggers new i.f.p. certification requirements for prisoner appeals, Jackson v. Stinnett, 102 F.3d 132 (5th Cir. 1996), the PLRA does not apply to habeas corpus proceedings. United States v. Cole, 101 F.3d 1076 (5th Cir. 1996) (§ 2255); Anderson v. Singletary, 111 F.3d 801 (11th Cir. 1997) (§ 2254).